# Court of Appeals
# of the State of Georgia

ATLANTA, June 29, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0507. JEFFREY NELSON v. THE STATE.**

The State filed a notice of appeal from a trial court order granting Jeffrey Nelson's motion to dismiss his Fulton County State Court criminal case. The case has been docketed in this Court as Case No. A18A1750. When Nelson attempted to file his Appellee's Brief in A18A1750, the brief was inadvertently docketed as a discretionary application and assessed Application No. A18D0507. Because it is clear from the filings that Nelson intended to file his responsive brief rather than a discretionary application, Application No. A18D0507 is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/29/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*